Paul Nathan Phillips (California Bar #128197)
Law Office of Paul Nathan Phillips
8950 Cal Center Drive, suite 160
Sacramento, Ca 95826
Telephone: 916-362-3206
Fax: 916-362-2849

Attorney for Plaintiff
SHARI'S BERRIES INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI'S BERRIES INTERNATIONAL, INC.<br><br>    Plaintiff,<br>v.<br><br>ARI MANSONHING, an individual dba LA BERRIES. and DOES 1-30<br><br>    Defendants | Case No.: 2:06-CV-00768-GEB-GGH<br><br>STIPULATION FOR CHANGE OF COURT DATES<br><br>(Local Rules 78-230(g); 83-143; 6-144) |

COMES NOW Plaintiff Shari's Berries International, Inc. (hereinafter "Shari's" or "Plaintiff") and Defendant ARI MANSONHING, an individual dba LA BERRIES (hereinafter "Mansonhing" or "Plaintiff") and through their respective counsel stipulate pursuant to Local Rules 78-230(g), 83-143 and 6-144 as follows:

1.     Defendant has filed a Motion Pursuant to Rule 12(b)(3) and 28 U.S.C. § 1406(a) to Dismiss or Transfer for Improper Venue, or, Alternatively for Convenience Transfer Pursuant to 28 U.S.C. § 1404(a). The Hearing on the Motion is currently calendared for July 10, 2006 at 9 am.

2.     The Status Conference is currently calendared for July 17, 2006 at 9 am.

3.     Plaintiff's counsel has a previously scheduled conflict in another case in another court for the morning of July 10, 2006.  Plaintiff's counsel is a sole practitioner and does not have the

PDF created with pdfFactory trial version www.pdffactory.com

ability to cover both matters. Plaintiff's and Defendant's counsel have met and conferred by telephone, and Defendant's counsel does not object to a continuance of the hearing on the Motion.

4. The parties are currently engaged in discussions regarding this case, which if fruitful, may eliminate the need for the Motion. Moreover, in the interests of justice and comity to the calendar of the Court and the attorneys, the Status Conference would be better heard following the Motion to Dismiss or Transfer, if the parties are not able to informally resolve the issues. Accordingly, counsel for the parties have agreed to a continuance of the Status Conference until after requested date for the hearing on the Motion.

5. The parties respectfully request that the Hearing on the Motion be re-calendared for August 7, 2006 at 9 am and the Status Conference be re-calendared for August 28, 2006 at 9 am. This is the parties' first request to continue the Motion and Conference. Local Rule 6-144(b).

Respectfully agreed to this 21th day of June 2006,

| DEFENDANT ARI MANSONHING, an individual dba LA BERRIES | PLAINTIFF SHARI'S BERRIES INTERNATIONAL, INC. |
|---|---|
| By /s/ Gregory J. Hall (as authorized on 6/20/2006) | By /s/ Paul Nathan Phillips |
| Gregory J. Hall, Esq. (211321)<br>Ritz Rubin Zagzebski Hall LLP<br>1901 Avenue of the Stars, 2d Floor<br>Los Angeles Ca 90067<br>Telephone: 310-461-1325<br>Fax: 310-499-5691 | Paul Nathan Phillips, Esq. (128197)<br>8950 Cal Center Drive, suite 160<br>Sacramento, Ca 95826<br>Telephone: 916-362-3206<br>Fax: 916-362-2849 |

IT IS SO ORDERED.

DATED: June 26, 2006

/s/ Garland E. Burrell, Jr.

**GARLAND E. BURRELL, JR.**

United States District Judge

STIPULATION - 2

PDF created with pdfFactory trial version www.pdffactory.com